IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW JOHNSON,        ) | |
|     Plaintiff,        ) | |
|         ) | |
| v.         ) | CIVIL ACTION NO. 21-00430-KD-N |
|         ) | |
| MERRICK GARLAND, in his Official        ) | |
| Capacity as Attorney General of the        ) | |
| United States; BUREAU OF ALCOHOL,        ) | |
| TOBACCO, FIREARMS, AND        ) | |
| EXPLOSIVES; FEDERAL BUREAU OF        ) | |
| INVESTIGATION, and UNITED STATES        ) | |
| OF AMERICA,        ) | |
|     Defendants.        ) | |

**ORDER**

This action is before the Court on the Stipulation of Dismissal signed by Plaintiff Matthew Johnson and the United States of America (doc. 8). The Stipulation for dismissal without prejudice is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Rule provides for voluntary dismissal by the plaintiff without a court order by filing "a stipulation of dismissal signed by all parties who have appeared."

Although the United States signed the Stipulation, review of the docket indicates that the United States has not appeared in this action. The Court was unable to locate any authority for the position that signing a Stipulation of Dismissal constitutes an appearance as contemplated by Rule 41(a)(1)(A)(ii). Therefore, the Court considers the Stipulation as Johnson's voluntary dismissal by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, this action is **dismissed without prejudice** and the Clerk is directed to close this action.

**DONE** and **ORDERED** this the 10th day of December 2021.

                       s / Kristi K. DuBose
                       **KRISTI K. DuBOSE**
                       **UNITED STATES DISTRICT JUDGE**